# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jayson William Valery Paske, ) | |
| ) | |
| Plaintiff, ) | **ORDER FOR STATUS CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| Jay Bloyer, et al., ) | |
| ) | Case No.: 1:20-cv-14 |
| Defendants. ) | |

**IT IS ORDERED**:

The court shall hold a status conference by telephone on November 16, 2020, at 1:30 PM (CST). To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 7th day of May, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

1